UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    *Plaintiff*,<br><br>v.<br><br>THE EQUIVALENT VALUE OF USDT, OR TETHER, AS CURRENTLY ASSOCIATED WITH TETHER WALLET ADDRESS BEGINNING WITH TYpBRq,<br>    *Defendant*.<br><br>[CLAIMANT: TETHER] | No.<br><br><br><br><br><br><br><br><br><br>October 21, 2025 |

## VERIFIED COMPLAINT OF FORFEITURE

Now comes Plaintiff, United States of America, by and through its attorneys, David X. Sullivan, United States Attorney for the District of Connecticut, and David C. Nelson, Assistant United States Attorney, and respectfully states that:

1. This is a civil *in rem* action brought to enforce the provisions of 18 U.S.C. §§ 1343 and 1956.

2. This Court has jurisdiction over this matter by virtue of 28 U.S.C. §§ 1345 & 1355. Venue is appropriate in the District of Connecticut by virtue of 28 U.S.C. § 1395(b).

3. The Defendant is the equivalent value of USDT, or Tether, as currently associated with Tether Wallet Address beginning in **TYpBRq** ("Defendant Asset").[1]

4. The Defendant Asset is located within the jurisdiction of this Court.

---

[1] The full address for the Defendant Asset is: **TYpBRq**ezJUoBSy3kHARudjc47GfvqpT9GQ.

## Background of Investigation

5. On May 27, 2025, law enforcement learned of a cryptocurrency fraud related incident in which a Connecticut resident, "F.H.," had been victimized.

6. F.H. was the victim of an investment scheme involving cryptocurrency.

7. In April 2025, F.H. had been contacted "out of the blue" by an individual named "Luna Jones" on the social media website Facebook. F.H. trusted the Luna Jones profile because she was listed as a mutual friend with someone that he is acquainted with.

8. The conversations with Luna Jones initially began friendly but switched over to a cryptocurrency investment opportunity. Luna Jones directed F.H. to an apparent investment platform "Loopring.cc.," which was an application in the Apple app store.

9. Luna Jones falsely represented to F.H. that she was making great returns through this application and showed him how to trade on the platform. She instructed him to set up a Coinbase account to convert his money into cryptocurrency so that he could invest it on Loopring.cc.

10. F.H. used Coinbase to purchase "USD Coin" ("USDC"), which is a stablecoin designed to track a 1:1 value ration with the U.S. Dollar. Via his Coinbase wallet, F.H. was provided with a deposit address on Loopring.cc to which he was instructed to send his funds: **0x231E**F97652119394aA4A2967760af65425AEa7BB ("**0x231E**").

11. Between approximately April 24, 2025, and May 20, 2025, F.H. sent a total of 427,792 USDC from his Coinbase wallet to Wallet **0x231E**, a value of $427,776.11 at the time of the transfer.

12. During this time, F.H. observed on Loopring that he was making dramatic gains, leading him to continually invest more money. He also believed that Luna Jones was similarly continuing to invest money.

13. At some point Luna Jones sent F.H. a photo of herself that did not match the photos of her on Facebook. F.H. then became suspicious and attempted to withdraw his funds from Loopring.cc. When he attempted to do so, Loopring.cc presented the message that his account was flagged for illegal activity because his investment partner (Luna Jones) had sent her funds onto the platform from a different exchange, and his account would remain locked until he re-deposited the entirety of her funds (approximately $328,000) from his Coinbase wallet.

14. At that time, F.H. realized it was a scam. Luna Jones defrauded F.H. of approximately $445,000.

15. Law enforcement performed a blockchain analysis and traced the funds to the Bitget Bridge,[2] where the funds were then bridged to Tether ("USDT") on the Tron network ("TRX"). The transactions from F.H.'s Coinbase Wallet to the eventual destinations in three addresses on the Tron blockchain and BitGet.com were associated with Luna Jones's Wallet.

16. Law enforcement traced the transaction hashes using multiple complaints filed by multiple victims. The following are the transaction hashes, including approximate dates and amounts:

---

[2] Bitget Bridge is a software system that allows a user to move from one blockchain to another blockchain and often, in the process, convert the value from one type of cryptocurrency to another type of cryptocurrency.

| Date | Amount | Currency | Transaction Hash |
|---|---|---|---|
| 4/24/2025 | 180000 | USDC | 0x3597cb01d7bad62859966e62607b8d4fd89192198f164860e2b5f3ce1a3bbc85 |
| 5/9/2025 | 13000 | USDC | 0xd42175cab47c9f98325ec9d8367c02c40cf0031f2b1d9ac2475d2c01a07e3bfc |
| 5/13/2025 | 9000 | USDC | 0x47270bf2e72338218ddb556be9e62320e90ba210c2fac22e2a87bf7d6283ca8f |
| 5/14/2025 | 216740 | USDC | 0x29d5cc5040c3d5b40afd8b50756640a93f6e64f25cea3a75b27de75cd21cf5fc |
| 5/20/2025 | 9052.75 | USDC | 0x164098979d9ffb461c23c50daa315be23fddd61a35920f6ee0ea318b5d29d891 |

17. On April 24, 2025, 180,000 USDC was transferred from the victim's Coinbase wallet **0x1fd3**[3] to Wallet **0x231E**. The 180,000 USDC was then bridged to Tether (USDT) on the Tron network (TRX) through the Bitget bridge and sent to **TCV8r3**.[4] Then 178,816 USDT was sent from that address to **TFMW7h**.[5] Those funds were included in a 200,000 USDT transfer to **TQJsF6**.[6] Those funds were then included in a 170,000 UDST transfer to **TAaeAA**[7] on April 25, 2025. Ultimately, those funds were sent in multiple deposits to the cryptocurrency exchange, Bitget.com ("BitGet") at the deposit address **TCHhgF**.[8]

18. On May 9, 2025, 12,999 USDC followed the same path as Transaction #1 through the Bitget bridge, where it was bridged to USDT on the Tron Network. These funds were then involved in a series of transactions, including a 533,916 USDT transfer to the Tether Wallet **TYpBRq** (the Defendant Asset) on May 15, 2025. The funds remained in the target wallet and are included in the current balance of 543,011 USDT.

---

[3] The full address for the wallet is: 0x1fd32A359FA12Aaf5f1019fAEc582D4c7968f92F

[4] The full address for the wallet is: TCX8r3aBnX9pqHo4FPdLoujwpR4MKqtqn4

[5] The full address for the wallet is: TFMW7h2sw6ajKw2A7S5Dkg3xLoY7o83m4z

[6] The full address for the wallet is: TQJsF6LfNAXMMWa6QRQksNa6dW5E42o6sX

[7] The full address for the wallet is: TAaeAALbZbLnKvch69D39pDAnowVN8GEXZ

[8] The full address for the wallet is: TCHhgF3iYTE1iWnmR75o6pwfBEhDk1w63U

19. On May 15, 2025, Transaction #4 followed a very similar path to Transaction #2. 216,726 was bridged to USDT on the Tron network, and following a series of transactions, was transferred to the Tether Wallet **TYpBRq**. The funds remained in the target wallet and are included in the current balance.

20. The following chart depicts the train of transfers from Coinbase Wallet **0x1fd3** to the Bitget bridge to Tron, and eventually into Tether Wallet **TYpBRq** (the Defendant Asset) BitGet Wallet **TCHhgF**:



21. Tether Wallet **TYpBRq** was involved in laundering the proceeds from the wire fraud scheme. For example, Tether Wallet **TYpBRq** had frequent, rapid movement of funds in furtherance of the wire fraud and money laundering scheme.

22. The USDT tokens were burned and reissued pursuant to their seizure.

23. The Defendant Assets constitute proceeds from the from Wire Fraud in violation of 18 U.S.C. § 1343 and are also involved in Money Laundering in violation of 18 U.S.C. § 1956 and are therefore subject to forfeiture pursuant to 18 U.S.C. § 981.

Wherefore, the United States of America prays that a Warrant of Arrest In Rem be issued for Defendant Assets in United States Currency; that due notice be given to all parties to appear and show cause why the forfeiture should not be decreed; that judgment be entered declaring the property to be condemned and forfeited to the United States of America for disposition according to law; and that the United States of America be granted such other relief as this Court may deem just and proper, together with the costs and disbursements of this action.

The United States requests a trial by jury.

DAVID X. SULLIVAN,
UNITED STATES ATTORNEY

By: /S/ David C. Nelson
David C. Nelson (ct25640)
Assistant U.S. Attorney
Matthew LaGanza
Legal Intern
157 Church Street, 24th Floor
New Haven, Connecticut 06510
Tel:    (203) 821-3700
Fax:    (203) 773-5373
David.C.Nelson@usdoj.gov

**<u>DECLARATION</u>**

I am a Task Force Officer with the Federal Bureau of Investigation, and the individual assigned the responsibility for this case.

I have read the contents of the foregoing Verified Complaint of Forfeiture and the statements contained therein are true to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 21st day of October, 2025.


/s/ Michael Grabowski
MICHAEL GRABOWSKI
TASK FORCE OFFICER, FBI