# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>  *Plaintiff*,<br><br>v.<br><br>THE EQUIVALENT VALUE OF USDT, OR TETHER, AS CURRENTLY ASSOCIATED WITH TETHER WALLET ADDRESS BEGINNING WITH TYpBRq,<br>  *Defendant*.<br><br>[CLAIMANT: TETHER] | No. 3:25-cv-1770 (VAB)<br><br><br><br><br><br><br><br><br>December 22, 2025 |

## DECLARATION IN SUPPORT OF REQUEST TO ENTER DEFAULT

1. I am an Assistant United States Attorney and represent the Plaintiff, United States of America, ("Plaintiff") in this action.

2. On October 21, 2025, a Verified Complaint of Forfeiture was filed for the forfeiture of the Defendant, the equivalent value of USDT, or Tether, as currently associated with Tether Wallet Address beginning in TYpBRq (hereinafter, "Defendant Asset"). The Complaint was brought to enforce the provisions of 18 U.S.C. §§ 1343 and 1956.

3. Pursuant to Rule G(4)(iv)(c) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims, publication of notice of the forfeiture action against the Defendant Asset was performed on the United States government forfeiture website (www.forfeiture.gov) for a period of thirty (30) days, commencing on October 22, 2025 and concluding on November 20, 2025.

4. On October 28, 2025, notice of the Verified Complaint for Forfeiture and accompanying documents was electronically mailed to Claimant Tether, as well as any other third parties with a potential interest in the Defendant Asset in accordance with Rule G(4)(b)(i).

5. Tether has failed to file a claim or answer within the time permitted by Rule G(5)(a) of Supplemental Rules for Certain Admiralty and Maritime Claims.

6. Declarant knows of no reason why a default against Tether should not now be entered.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at New Haven, Connecticut on this 22nd day of December, 2025.

Respectfully submitted,

DAVID X. SULLIVAN
UNITED STATES ATTORNEY

 /s/ David C. Nelson
DAVID C. NELSON
ASSISTANT U.S. ATTORNEY
ATTORNEY BAR # ct25640
157 CHURCH STREET
NEW HAVEN, CT  06510
TELEPHONE:  (203) 821-3700
FAX: (203) 773-5373
David.C.Nelson@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that on December 22, 2025 a copy of foregoing Declaration in Support of Request for Entry of 55(a) Default was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties listed below by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

      /s/ David C. Nelson
DAVID C. NELSON
ASSISTANT U.S. ATTORNEY